IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO. 17-cv-20800

ENRIQUE MADRINAN,

    Plaintiff,

v.

PAPAY, INC. and 819 FIFTH STREET CORPORATION a/k/a TAP TAP RESTAURANT,

    Defendants.

## ORDER APPROVING AND ENTERING CONSENT DECREE AND DISMISSING WITH PREJUDICE PLAINTIFF'S CLAIMS AGAINST DEFENDANTS

**THIS MATTER** is before the Court upon the Joint Motion Between Plaintiff and Defendants for Approval and Entry of Consent Decree and to Dismiss Claims with Prejudice. The Court, having reviewed the Parties' Joint Motion and the Consent Decree attached to the Joint Motion as Exhibit "A," and being advised fully in the premises, hereby:

**ORDERS AND ADJUDGES** that said Joint Motion is **GRANTED**, as follows:

1.    The Parties' Joint Motion for Approval and Entry of Consent Decree and to Dismiss Claims with Prejudice is **GRANTED.**

2.    The Court **APPROVES** the Consent Decree, and pursuant to Fed. R. Civ. P. 54, the Consent Decree is hereby **ENTERED** and Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE.**

1

3. The Court shall retain jurisdiction to enforce the Consent Decree.

4. Plaintiff and Defendants' shall bear their own attorney's fees, expert witness fees, costs and expenses except as set forth in the Consent Decree.

**DONE AND ORDERED** in Chambers at Miami, Miami-Dade County, Florida, this 7 day of December, 2018.

_____
HON. FREDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
*All counsel of record*